IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NANETTE TAYLOR ,

Appellant,

v.

CITIBANK, N.A. AS TRUSTEE
FOR THE CERTIFICATE
HOLDERS OF STRUCTURED
ASSET MORTGAGE
INVESTMENTS II INC., BEAR
STEARNS ALT-A TRUST II,
MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2007-1,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1761

Opinion filed September 16, 2016.

An appeal from the Circuit Court for Duval County.
Michael R. Weatherby, Judge.

Douglas J. Milne, Douglas J. Milne Law and Mediation, PA, Jacksonville, for
Appellant.

Sarah T. Weitz, Weitz & Schwarts, P.A., Fort Lauderdale, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.